[No. 2079.]

AUSTIN v. SNIDER ET AL.

*Appeal from the District Court of El Paso County.*

Mr. CHAS. F. POTTER and Mr. R. T. McNEAL, for appellant.

Mr. ARTHUR CORNFORTH and Messrs. GUNNELL & HAMLIN, for appellees.

GUNTER, J.

This case was argued with No. 2077, *ante,* page 176, and so far as material to this ruling involves the same questions. For reasons there given the judgment is reversed.    *Reversed.*